# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SAVAGE,<br><br>             Plaintiff,<br><br>       vs.<br><br>TOMAS VILLAGRANA,<br><br>             Defendant. | ) 1:11cv00599 AWI DLB PC<br>)<br>)<br>) ORDER ADOPTING FINDINGS<br>) AND RECOMMENDATIONS AND<br>) DISMISSING ACTION FOR FAILURE TO<br>) STATE ANY CLAIMS<br>)<br>) (Document 14)<br>) |

Plaintiff Mark Savage ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a First Amended Complaint on November 9, 2011. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 31, 2013, the Magistrate Judge issued Findings and Recommendations that Plaintiff's action be dismissed for failure to state any claims for which relief may be granted. The Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days. Plaintiff has not filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 31, 2013, are ADOPTED in full;
2. This action is DISMISSED for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983; and
3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).

This terminates this action in its entirety.

IT IS SO ORDERED.

Dated:   March 20, 2013                    _____
                                            SENIOR DISTRICT JUDGE